THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SKANSKA USA BUILDING INC., a
Delaware Corporation,

                  Plaintiff,

     v.

1200 HOWELL STREET, LLC, a
Washington limited liability company,

                  Defendant.

NO. 2:19-cv-00402-JLR

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Skanska USA Building Inc. and Defendant, 1200 Howell Street, LLC, through their respective counsel of record, hereby stipulate to dismissal of the above-captioned action without prejudice and without costs and attorneys' fees assessed to either party.

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE – 1
(2:19-cv-00402-JLR)
177524.1 / 022968.34

ACS Ahlers Cressman & Sleight PLLC
999 THIRD AVE, SUITE 3800 SEATTLE, WA 98104-4023

1    IT IS SO STIPULATED this 2nd day of April, 2019.

2    **AHLERS CRESSMAN & SLEIGHT PLLC**          **STOLES RIVES LLP**

3

4

5    By: *s/Scott R. Sleight*                     By: s/ *Karl Oles (per email approval on*
        John P. Ahlers, WSBA #13070               *4/2/19)*
6       john.ahlers@acslawyers.com                    Karl F. Oles, WSBA #16401
        Scott R. Sleight, WSBA #27106                 Bart W. Reed, WSBA #45005
7       scott.sleight@acslawyers.com                  600 University Street, Suite 3600
        999 Third Avenue, Suite 3800                  Seattle, WA  98101
8       Seattle, WA  98104                            Phone:  (206) 386-7568
        Phone:  (206) 287-9900                        Email: Karl.oles@stoel.com
9       Fax: (206) 287-9901                           Bart.reed@stoel.com
        *Attorneys for Plaintiff*                     *Attorneys for Defendant*
10      *Skanska USA Building Inc.*                   *1200 Howell Street, LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE – 2
(2:19-cv-00402-JLR)
177524.1 / 022968.34



999 THIRD AVE, SUITE 3800 SEATTLE, WA 98104-4023

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below I caused the foregoing document to

be electronically filed with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to the following participants:

Karl F. Oles, WSBA #16401
Bart W. Reed, WSBA #45005
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Phone:  (206) 386-7568
Email: Karl.oles@stoel.com
Bart.reed@stoel.com
*Attorneys for Defendant*
*1200 Howell Street, LLC*

DATED this 2nd day of April, 2019 at Seattle, Washington.

*s/ Dianna Hubacka*
Dianna Hubacka, Legal Assistant

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE – 3
(2:19-cv-00402-JLR)
177524.1 / 022968.34



999 THIRD AVE, SUITE 3800 SEATTLE, WA 98104-4023